UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY A. JENSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPT. OF LABOR, EMPLOYMENT AND TRAINING ADMINISTRATION, SAN FRANCISCO OFFICE,<br><br>    Defendant. | Case No. 22-cv-00924-RS<br><br>**NOTICE** |

Plaintiff Tracy A. Jenson has communicated with court staff objecting to the order of dismissal entered July 7, 2022 (Dkt. No. 10). As an initial matter, Jenson filed no objections to the magistrate judge's Report and Recommendation that the case be dismissed, and therefore has no basis to complain now.

Jenson is advised that requests for court action must be presented by appropriate, written, motions (see Civil Local Rule 7) and that communicating with court staff directly regarding the merits of a case is improper. Furthermore, Jenson is mistaken in believing the court was unaware of his contention that the Department of Labor was responsible to fund unemployment benefits through September 6, 2021, pursuant to pandemic relief legislation enacted by Congress. Jenson's claims asserted in this action fail because once Idaho elected to cease participating in that federal program the federal government had no obligation, through the Department of Labor or otherwise, somehow to force Idaho to accept the funds. Nor did it have any obligation to pay Idaho residents

directly.

Dated: July 12, 2022

_____
RICHARD SEEBORG
Chief United States District Judge